UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **KIRBY WHITLEY** | ) | CIVIL ACTION NO. |
| Plaintiff | ) | 3:11-CV-00874 (MRK) |
| | ) | |
| v. | ) | |
| | ) | |
| **HOFFMAN OF ALBANY TURNPIKE, INC.,** | ) | |
| **SANTANDER CONSUMER USA, and** | ) | |
| **BUDCO FINANCIAL SERVICES, INC.** | ) | |
| Defendant | ) | AUGUST 31, 2011 |

## MOTION FOR ENTRY OF DEFAULT FOR FAILURE TO PLEAD

Pursuant to F.R.C.P. Rule 55, the plaintiff in the above-captioned action hereby moves for an entry of default against the defendant Hoffman of Albany Turnpike, Inc, for its failure to file a responsive pleading to Plaintiff's Complaint, within the time allowed prescribed by the Federal Rules of Civil Procedure.

PLAINTIFF, KIRBY WHITLEY,

By: /s/Daniel S. Blinn
Daniel S. Blinn (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, Connecticut 06067
Tel (860) 571-0408  Fax (860) 571-7457
dblinn@consumerlawgroup.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of August, 2011, a copy of foregoing Motion for Default for Failure to Plead was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/Daniel S. Blinn
      Daniel S. Blinn